IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| SEAN NICHOLS | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | NO: 4:11CV00823 SWW |
| UNICARE LIFE & HEALTH | * | |
| INSURANCE COMPANY and | * | |
| ACXIOM CORPORATION LIFE & | * | |
| ACCIDENTAL DEATH AND | * | |
| DISMEMBERMENT INSURANCE | * | |
| PLAN | * | |
| Defendants | * | |
| | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Sean Nichols shall have judgment against Defendants in the amount of full accidental death benefits due under the Acxiom Corporation Life and Accidental Death and Dismemberment Insurance Plan for the death of Dana Nichols.

IT IS SO ORDERED THIS 14TH DAY OF SEPTEMBER, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE